

# NUMBER 13-22-00048-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN RE VANGELINA OCHOA

---

## On Petition for Writ of Mandamus.

---

# ORDER

**Before Justices Hinojosa, Tijerina, and Silva**
**Order Per Curiam**

On February 3, 2022, relator Vangelina Ochoa filed a petition for writ of mandamus through which she asserts that the trial court erred by failing to grant her motion to transfer venue. *See* TEX. FAM. CODE ANN. § 155.201(b) (providing for a mandatory transfer of venue in a matter affecting the parent-child relationship "to another county in this state if the child has resided in the other county for six months or longer"); *id.* § 155.204(d) (stating in relevant part that "a party desiring to contest the motion [to transfer venue] must file a controverting affidavit denying that grounds for the transfer exist"). The Court requests that the real party in interest, Gabriel C. Garcia, or any others whose interest

would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
7th day of February, 2022.